### 22131. ABLE *v.* THE STATE.

LUKE, J. Since the record in this case is practically identical with that in *Ham* v. *State,* ante, 213, we hold that the evidence supports the verdict, and that the only special ground, based upon alleged newly discovered evidence, is not meritorious.

*Judgment affirmed. Broyles, C. J., and Jenkins, P. J., concur.*

DECIDED APRIL 30, 1932.

*C. A. Byars, M. G. Hicks, Leward Hightower, D. T. Pye,* for plaintiff in error.

*E. M. Owen, solicitor-general, John S. McClelland,* contra.